FILED

MAR 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CR-359 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MARIA BENITEZ, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on March 13, 2009, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 13, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1